UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA MYERS,
Plaintiff,

v.

OCEAN ANGEL VII, LLC,
Defendant.

Case No. 26-cv-11760-SVK

**ORDER REQUESTING CLARIFICATION OF APPLICATION FOR ADMISSION PRO HAC VICE**

Re: Dkt. No. 6

Before the Court is the application of Douglas R. Williams, an attorney for Plaintiff, for admission *pro hac vice*. Dkt. 6. Civil Local Rule 11-3 sets forth the requirements for admission *pro hac vice*, which include "[t]hat an attorney, identified by name and office address, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel." Mr. Williams' *pro hac vice* application designates Nicholas J. Neidzwski as local co-counsel, listing an address in San Francisco, California. Dkt. 6. However, Mr. Neidzwski has appeared as counsel of record in this case with an office address in Bellingham, Washington. *See* Dkt. 1 at 1.

To enable the Court to rule on Mr. Williams' *pro hac vice* application, the Court requests that Plaintiff's counsel file a statement clarifying whether Mr. Neidzwski satisfies the requirements of Civil Local Rule 11-3 to act as local co-counsel in this matter, specifically whether Mr. Low maintains an office within the State of California.

**SO ORDERED.**

Dated: October 23, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California